J. Curtis Edmondson (SBN 236105)
Law Offices of J. Curtis Edmondson
15490 NW Oak Hills Drive
Beaverton, Oregon 97006
Telephone: (503) 701-9719
Email: jcedmondson@edmolaw.com

Kumar Maheshwari (SBN 245010)
Mahesh Law Group
7700 Irvine Center Dr, Ste 800
Irvine, CA 92618-3047
Telephone: (530) 400-9246
Email: kumar@maheshlaw.com

Attorneys for Plaintiff,
MITCHELL HADDAD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL HADDAD,<br>         Plaintiff,<br>   vs.<br><br>DEAD FRESH CREW, LLC;<br>JOHNATHAN L HUBBARD;<br>VERONICA HUBBARD<br>         Defendants. | Case No.:<br><br>COMPLAINT FOR<br>COPYRIGHT INFRINGEMENT<br>REGISTRATION VAU 1-515-238<br>PHOTOGRAPH OF KOBE BRYANT<br><br>JURY TRIAL DEMAND<br><br>Judge:<br>Magistrate:<br><br>Trial Date:<br>Dispositive Motion Cutoff:<br>Discovery Cutoff: |

1

**COMPLAINT FOR COPYRIGHT INFRINGMENT**

COMES NOW, Plaintiff, Mitchell Haddad, (hereinafter "Plaintiff" or "Haddad") alleges the following as against Defendants: DEAD FRESH CREW, LLC (hereinafter "DFC"); JOHNATHAN L HUBBARD (hereafter "J. Hubbard"); and VERONICA HUBBARD ("V. Hubbard") for copyright infringement of Haddad's original work of authorship, namely the iconic photo of Kobe Bryant wearing a Dodger's Cap.



## JURISDICTION AND VENUE

1. This Court has orignal jurisdiction under 28 U.S.C. §§1331, 1338(a) "The district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to patents, plant variety protection, copyrights and trademarks.".

2. The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district. Plaintiff is a resident of Glendale and the Defendants J. Hubbard and V. Hubbard are residents of Gardena. The suspended corporation DFC last known address was in Gardena.

3. Venue in this judicial district is proper under 28 U.S.C. §1391(b)(1) and 28 U.S.C. §1391(c)(2) and §1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Plaintiff is a resident of Glendale and the Defendants are residents of Gardena.

4. This is an action for copyright infringement under the Copyright Act of 1976, title 17 U.S.C. §101 et. seq., seeking damages, preliminary and permanent injunctive relief and an accounting, as well as damages and other relief based upon other claims related to the misappropriation of Plaintiff's intellectual property.

## FACTUAL BACKGROUND

9. One of the most iconic photos ("Work") of Kobe Bryant was taken by the noted sports and celebrity photographer, Haddad, as shown here:



10. Haddad filed for, and was granted, a copyright registration certificate for said photograph VAU 1-515-238. ('238 Registration) effective on January 9, 2024.

11. DFC, J. Hubbard, and V. Hubbard, have sold apparel with a reproduction of the Work ("Infringed Apparel"). Despite committing such sales of apparel with the Work, DFC is not in good standing with the California Secretary of State.

12. DFC appears to the a small, closely-held corporation operated by J. Hubbard and H. Hubbard. Given the closely-held nature of this corporation, J. Hubbard and H. Hubbard actively participated in the copy of the Work onto the Apparel, setting up a sales website for the Apparel, collecting money for the distribution of Apparel bearing the Work, and likely taking the proceeds outside the defunct entity, as shown here:



13. Haddad, nor any agent has not granted a license to reproduce the Work onto the Apparel distributed by DFC, J. Hubbard, and V. Hubbard.

14. The damage to Haddad is substantial. As shown above, DFC, J. Hubbard, and V. Hubbard are selling the Infringed Apparel for amounts that exceed $ 85.00. As the blank garments may be purchased for less than $ 10.00, and associated imprinting costs are an estimated $ 5.00, DFC, J. Hubbard, and V. Hubbard are making an estimated gross profit in excess of $ 70.00 per unit. Given the popularity of Kobe Bryant and the recent unveiling of his statute at the Staples Center (aka "Crypto.com Arena") in Los Angeles, California, it is likely that DFC, J. Hubbard, and V. Hubbard have sold in excess of 1,000 shirts.

## COUNT I

## COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101, et. seq.

### (Against All Defendants and Each of Them)

10. Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this complaint as if fully set forth herein.

11. Haddad created an original photograph/image of Kobe Bryant wearing a Dodger's baseball cap. Plaintiff's photograph ("Work") contains material that is wholly original to Plaintiff and is copyrightable subject matter under the laws of the United States. Plaintiff applied for and received copyright registrations for the Work under Copyright Registration number VAU 1-515-238.

13. DFC, J. Hubbard, and V. Hubbard had access to Plaintiff's illustrations and photographs from viewing Plaintiff's copyright-protected images.

14. DFC, J. Hubbard, and V. Hubbard have wrongfully reproduced Plaintiff's image without Plaintiff's consent on Apparel and engaged in acts of affirmative and widespread promotion directed to the general public at large by creating advertisements via webpages and social media using Plaintiff's copyright-protected image of Kobe Bryant on Infringing Apparel.

15. DFC, J. Hubbard, and V. Hubbard, offered for sale, and in fact sold, Infringing Apparel with Haddad's Work on the cover of said Infringing Apparel.

16. DFC, J. Hubbard, and V. Hubbard, further infringed Haddad's copyright by making derivative works from Plaintiff's copyrighted Work, and/or by publishing, producing, and distributing apparel with Haddad's Work on garments creating Infringing Apparel without Haddad's permission.

17. Haddad is informed and believes and thereon alleges that DFC, J. Hubbard, and V. Hubbard, , are also vicariously liable for the subject infringements because Defendant enjoys a direct financial benefit from the infringing activity of third parties and has caused the distribution of Infringing Apparel.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1. That DFC, J. Hubbard, and V. Hubbard and their respective agents and servants be enjoined from infringing Haddad's Work in any manner;

2. That DFC, J. Hubbard, and V. Hubbard provide a full accounting of Infringing Apparel that was sold, including a full accounting of units purchased and units sold,

3. That Haddad be awarded all damages under the Copyright Act;

4. That Haddad be awarded his attorneys fees as available under the Copyright Act;

5. That Haddad be awarded pre-judgment interest as allowed by law;

6. That Haddad be awarded the costs of this action;

7. That Haddad be awarded an amount no less than $ 75,000.00 inclusive of damages, attorney fees, and costs if the Defendants' default subject to proveup; and

8. That Haddad be awarded such further legal and equitable relief as the Court deems proper.

COMPLAINT FOR COPYRIGHT INFRINGMENT

Dated: March 19, 2024         LAW OFFICES OF J. CURTIS EDMONDSON

By: _____

J. Curtis Edmondson
Attorney for Mitchell Haddad

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.

Dated:  March 19, 2024          LAW OFFICES OF J. CURTIS EDMONDSON

By: _____

J. Curtis Edmondson
Attorney for Mitchell Haddad