# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 24-2205 PA (KESx) | Date | May 2, 2024 |
|---|---|---|---|
| Title | Mitchell Haddad v. Dead Fresh Crew, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On April 12, 2024, the Court ordered plaintiff to show cause why this action should not be dismissed for lack of prosecution. Following issuance of the Court's Order to Show Cause, plaintiff sought, on April 19, 2024, the entry of default of defendants Johnathan Hubbard, Veronica Hubbard, and Dead Fresh Crew, LLC. Plaintiff also filed a written Response to the Order to Show Cause. On February 23, 2024, the Clerk entered the defaults of Johnathan Hubbard and Veronica Hubbard, but issued a deficiency with respect to Dead Fresh Crew, LLC, and noted that the Clerk could not enter its default because the Proof of Service lacked required information. Specifically, the Proof of Service for Dead Fresh Crew, LLC did not indicate the name or capacity of the individual recipient of personal service. The Clerk directed plaintiff to "file a new Request/Application with noted deficiencies corrected" in order to have the default reconsidered. To date, plaintiff has not filed a new Application to have the Clerk enter the default of Dead Fresh Crew, LLC. The Court therefore concludes that plaintiff's response to the April 12, 2024 Order to Show Cause as to Dead Fresh Crew, LLC is inadequate. The Court continues plaintiff's deadline to file a further response to the April 12, 2024 Order to Show to May 10, 2024. Failure to adequately respond to the Order to Show Cause by that date may result in the dismissal without prejudice of Dead Fresh Crew, LLC.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | KSS |